Michael Hemmerich and Others, Copartners Doing Business under the Firm Name and Style of Hemmerich, Kuhs & Bender, Appellants, v. The City of Geneva, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Judicial Settlement of the Accounts of Lillian C. Eyeington and Another, Trustees under the Last Will and Testament of Frank V. E. Bardol, Deceased.— Motion to amend order of March 9, 1938, by striking out words " and valid " granted. [See 253 App. Div. 498.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

In the Matter of M. Edward Kaye, an Attorney and Counselor at Law.— Order entered upon resignation and request striking name of attorney from roll of attorneys and counselors at law and canceling, annulling and vacating his admission to the bar of the State of New York as of the date of entry of the order. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.